IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)KEVIN BALDWIN, and<br>(2) CHRISTINE BALDWIN, husband and wife<br><br>Plaintiffs,<br><br>v.<br><br>(1)CSAA GENERAL INSURANCE COMPANY D/B/A AAA INSURANCE, AN INDIANA CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   No.   CIV-22-1079-PRW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL**

The Petitioner, CSAA General Insurance Company, d/b/a AAA Insurance ("CSAA"), Defendant in the above-captioned case, states the following:

1. CSAA is the Defendant in the above-entitled cause.

2. The above-entitled cause was commenced in the District Court of Oklahoma County, entitled *Kevin Baldwin and Christin Baldwin v. CSAA General Insurance d/b/a AAA Insurance*, Case No. CJ-2022-5556. Process was served upon CSAA by serving the Oklahoma Insurance Commissioner by mail on December 12, 2022. A copy of Plaintiffs' Petition setting forth the claim for relief upon which the action is based is attached hereto and marked Exhibit 1. A copy of the Summons served upon Defendant is attached hereto and marked Exhibit 2.

3. Plaintiffs have alleged they are residents of Oklahoma County, State of Oklahoma. (Exh. 1, ¶1)  CSAA's principal place of business is in the State of California, and it is incorporated in Indiana. (Affidavit of Katherine Evans, ¶ 6, attached hereto as Exhibit 3); (Exhibit 1, ¶4). Plaintiffs' cause of action is for alleged breach of an insurance contract. The matter in controversy, between Plaintiffs and Defendant, exceeds Seventy-Five Thousand and No/100ths Dollars

($75,000.00), exclusive of interests and costs, pursuant to the allegations in Plaintiffs' Petition. (Exh. 1, ¶13).

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332 by reason of the fact that this is a civil action wherein the amount in controversy, according to Plaintiffs' demands, exceeds Seventy-Five Thousand and No/100ths Dollars ($75,000.00), exclusive of interest and costs and is between citizens of different states. Accordingly, this action may be removed by Defendant CSAA pursuant to 28 U.S.C. § 1441(a).

5. This Notice of Removal is filed in this Court within thirty (30) days after December 12, 2022, the date the Defendant was served with a copy of Plaintiffs' Petition, which was the initial pleading setting forth the claim for relief upon which this is based.

6. Defendant, CSAA, is a foreign corporation, duly organized and existing under the laws of a state other than Oklahoma, with its principal place of business in a state other than Oklahoma. (Exh. 3).

7. Copies of all process, pleadings, and Orders served upon Defendant, CSAA, have been attached hereto as Exhibits 1, 2 and 3. Pursuant to LCvR 81.2, a copy of the state court docket sheet is attached as Exhibit 4.

**WHEREFORE**, Defendant, CSAA General Insurance Company d/b/a AAA Insurance, prays that this action be removed.

Dated this 20th day of December, 2022.

Respectfully submitted,

**ATKINSON, BRITTINGHAM, GLADD, FIASCO & EDMONDS**
A Professional Corporation

\s\James N. Edmonds
James N. Edmonds, OBA #15757
Carol J. Allen, OBA #18255
1500 ParkCentre
525 South Main
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile:  (918) 585-8096

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Laurie Koller, OBA #16857
Ashley Leavin, OBA # 32818
Red Dirt Legal, PLLC
2504 E. 21st Street, Suite B
Tulsa, OK  74114
And
Ben D. Baker, OBA #21475
Red Dirt Legal, PLLC
201 North Broadway Street, Suite 111
Moore, OK  73160

\s\James N. Edmonds